IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             Docket No.: 97-25 (PG)

MANUEL L. GOMEZ-GONZALEZ,

        Defendant.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Manuel L. Gomez-Gonzalez, *pro-se*, with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's judgment entered on July 12, 2005 and Motion for Reconsideration pursuant to Rule 59(e) of the Fed. R. Civ. Pr. entered on August 5, 2005.

Done this 15 day of August 2005

                                              I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 15 day of August 2005 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

                                              Respectfully submitted,

                                              _____
                                              Manuel L. Gomez-Gonzalez, *pro-se*
                                              Sandstone FCI
                                              Reg. 53446-053
                                              P.O. Box 1000
                                              Sandstone, MN 55072

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY that a true and correct copy of the Notice of Appeal was mailed to: A.U.S.A. Carlos Martinez, U.S. Attorneys' Office, Torre Chardon, Suite 1201, 350 Carlos Chardon Avenue, San Juan, Puerto Rico 00918, by placing the same in the Federal Prison Legal Mail Box with sufficient First Class Postage.

Done this 15 day of August 2005

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 15 day of August 2005 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Respectfully submitted,

Manuel L. Gomez-Gonzalez, *pro-se*
Sandstone FCI
Reg. 53446-053
P.O. Box 1000
Sandstone, MN 55072