## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**     September 20, 2005

**DC #:**        97-025   (PG)

**APPEAL FEE PAID:**     YES  _____     NO  __X__

**CASE CAPTION:**        USA    v.    Sjogreen-Forbes
                         Defendant:    Manuel L. Gómez-González  (10)

**IN FORMA PAUPERIS:**   YES  __X__   NO  _____

**MOTIONS PENDING:**     YES  _____   NO  __X__

**NOTICE OF APPEAL FILED BY:**     Defendant

**APPEAL FROM:**          Endorsed order entered on 08/05/05

**SPECIAL COMMENTS:**     Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                  **VOLUMES:**

**Docket Entries  1-65**                                         I
**Docket Entries  66-159**                                       II
**Docket Entries  160-280**                                      III
**Docket Entries  281-370**                                      IV
**Docket Entries  371-441**                                      V
**Docket Entries  378 & 422 (Transcripts)**                      VI


I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:      _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk