# United States District Court

_____ FOR THE _____ DISTRICT OF ___PUERTO RICO___

UNITED STATES OF AMERICA

v.

MANUEL L. GOMEZ-GONZALEZ,
aka "Billy"

**WARRANT FOR ARREST**

CASE NUMBER:  97-25 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Manuel L. Gomez-Gonzalez__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment    ___ Information    ___ Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation Petition

charging him with committing the following offenses: **knowingly and intentionally, combining, conspiring to possess with intent to distribute and to import into the United States eight hundred and forty-seven (847) kilograms (gross weight) of cocaine, a Schedule II Narcotic Drug Controlled Substance; further to, aiding and abetting each other, knowingly and intentionally possessing with intent to distribute and importing 847 kilograms (gross weight) of cocaine, a Schedule II Narcotic Drug Controlled Substance.**

All in violation of Title __21; 18__, United States Code, Sections 841(a)(1), 846, 952(a), 963; Sections 2

| | |
|---|---|
| Justo Arenas | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _signature_ | |
| BY: Tere Mollfulleda, Deputy Clerk | HATO REY, PUERTO RICO on October 20, 1998 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __DETENTION__ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 10/20/98 | DEA | EXECUTED FOR DEA |
| Date of Arrest 5/14/04 | | |